Submitted on briefs and record September 10, affirmed October 3, 2001

In the Matter of
Blake Allen Worthey, a Minor Child.

STATE ex rel STATE OFFICE FOR SERVICES
TO CHILDREN AND FAMILIES,
*Appellant,*

*v.*

Blake Allen WORTHEY
and Patty Schild,
*Respondents.*

J2491; A109831

33 P3d 363

Denise G. Fjordbeck, Assistant Attorney General, filed the briefs for appellant. With her on the briefs were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

David L. Rich filed the brief for respondent Blake Allen Worthey.

No appearance for respondent Patty Schild.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *State ex rel SOSCF v. Williams,* 168 Or App 538, 2 P3d 655 (2000), *rev allowed* 331 Or 633 (2001).